

Walter E. Hanley, Jr.
Direct 212.908.6263
whanley@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

November 1, 2006

**Filed Electronically via ECF**

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217
Courtroom 13-D

Re:  Eon-Net, L.P, v. JetBlue Airways Corporation: CV-06-2463 (CPS)
     Kenyon Reference No. 12703.295

Dear Judge Gold:

    I represent the defendant, JetBlue Airways Corporation, in the referenced matter.  I submit this letter in compliance with your Honor's Order of October 17, 2006, requiring counsel to report on the status of settlement discussions between the parties.  Counsel for plaintiff Eon-Net, L.P. joins in this report.

    I am pleased to inform your Honor that the parties have agreed to a settlement and are obtaining the necessary signatures on their agreement.  Therefore, we expect to submit a stipulation of dismissal of the action within the next week.

Respectfully submitted,

Walter E. Hanley, Jr.

cc:  Jean-Marc Zimmerman, Esq. (counsel for plaintiff, Eon-Net, L.P.)